**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DERECK L. RAIMEY, | : | Civil No. 4:25-CV-00417 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BENARD FLYNN CANTORNA, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that the motion to dismiss filed by Defendants Common Pleas Court Judge Julia Rater and Magisterial District Judge Kelley Gillette-Walker be granted as these Defendants are entitled to judicial immunity. (Doc. 23.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Latella's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 23, is **ADOPTED**.

2) Defendants Julia R. Rater and Kelley Gillette Walker's motion to dismiss, Doc. 10, is **GRANTED**.

3) Plaintiff's complaint, Doc. 1, as to Defendants Rater and Walker is **DISMISSED WITH PREJUDICE** and these Defendants shall be terminated from this action.

4) This matter is remanded to Judge Latella for further proceedings.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 3, 2026